UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| B. B.,<br>            Plaintiff,<br>    v.<br>BLUE CROSS OF CALIFORNIA,<br>            Defendant. | Case No. 22-cv-04654-SK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Regarding Docket No. 25 |
|---|---|

Pursuant to the stipulation, this action is DISMISSED WITH PREJUDICE, with each party to bear its own respective costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: April 5, 2023

_____
SALLIE KIM
United States Magistrate Judge